# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# MIDDLE DIVISION

| | |
|---|---|
| **EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,** ) ) ) **Plaintiff,** ) ) **v.** ) ) **EAST COAST LABOR SOLUTIONS, LLC; LABOR SOLUTIONS, LLC; EAST COAST LABOR SOLUTIONS OF WEST VIRGINIA, LLC; and LABOR SOLUTIONS OF AL, LLC** ) ) ) ) ) ) ) ) ) **Defendants.** ) | **CIVIL ACTION NUMBER: 4:16-cv-1848-VEH** |

## MOTION FOR STAY AND EXTENSION WITH REQUEST FOR EXPEDITED RULING

Plaintiff Equal Employment Opportunity Commission ("EEOC") moves this Court to stay this litigation and extend all deadlines due to the shutdown of operations of the Federal Government and lapse in appropriations. The EEOC also requests an expedited ruling on this motion.

1. EEOC is the Federal Government agency charged by Congress with interpreting, administering, and enforcing the Federal Government's major employment discrimination laws.

2. Congress failed to pass a continuing resolution on Friday January 19, 2018, and as a result, appropriations for funding Federal Government operations lapsed as of midnight on January 19, and the Federal Government is now shut down.

3. As a Federal Government agency, EEOC is subject to the federal Antideficiency Act, which provides in part that an "officer or employee of the United States Government …may not …involve [the] government in a contract or obligation for the payment of money before an appropriation is made unless authorized by law…." (31 U.S.C. § 1341(a)(1)(B)) and "… may not accept voluntary services …or employ personal services exceeding that authorized by law except for emergencies involving the safety of human life or the protection of property" (31 U.S.C. § 1342).  Such emergencies "do[ ] not include ongoing, regular functions of the government the suspension of which would not imminently threaten the safety of human life or the protection of property" (*id.*).

4. Because of the lapse in appropriations of Federal Government funding and the requirements of the Antideficiency Act, EEOC lawyers and legal support staff are prohibited from engaging in litigation activities as of midnight on January 19, 2018, with the exception of a four hour wind-down period on Monday, January 22, 2018.

5. Therefore, the EEOC seeks an order to stay this litigation for the duration of the lapse in agency appropriations and to extend all deadlines that occur during the

lapse in appropriations for the same time period as the lapse. For example, if the EEOC remains without funding from January 20, 2018 through January 27, 2018, then any deadlines occurring during that period would be extended by seven days.

6. Counsel for the EEOC attempted to contact counsel for defendant regarding this motion but at this time does not know whether Defendant opposes or does not oppose the filing of this motion.

7. Because government operations may resume at any time, the EEOC requests an expedited ruling on this motion.

WHEREFORE, Plaintiff EEOC requests that this Court enter an Order staying the litigation of this matter due to a lapse in appropriations, lifting the stay upon restoration of appropriations, and extending all deadlines which occur during the term of any lapse in appropriations by the same time period as the lapse.

Date: January 22, 2018

Respectfully submitted,

**MARSHA L. RUCKER**
Regional Attorney
PA Bar No. 90041

**GERALD L. MILLER**
Supervisory Trial Attorney
AL Bar No.: ASB-1454-E52G

*/s/ Kurt Fischer*
**KURT FISCHER**
Trial Attorney
AL Bar No.: ASB-9772-R72F

**EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

1130 22nd Street South, Suite 2000
Birmingham, AL 35205
Phone: (205) 212-2043
kurt.fischer@eeoc.gov

## CERTIFICATE OF SERVICE

I hereby certify that on January 22, 2018, I filed the foregoing with the Clerk of Court using the CM/ECF system which will electronically send notification of the filing to all attorneys of record.

*/s/ Kurt Fischer*
Kurt Fischer
Attorney for Plaintiff